UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff and Judgment Creditor,<br><br>　　v.<br><br>JURL L. WILLIAMS,<br><br>　　　　Defendant and Judgment Debtor. | No.  2:22-mc-00276-DAD-SCR<br><br><br>ORDER TERMINATING WRIT OF GARNISHMENT<br><br>(Doc. No. 18) |
| GAUGHAN SOUTH LLC, DBA SOUTH HOTEL CASINO SPA,<br><br>　　　　Garnishee. | |

This matter is before the court on plaintiff's application for an order terminating a writ of garnishment pursuant to 28 U.S.C. § 3205(c)(10).  (Doc. No. 18.)  As set forth in plaintiff's original application for a writ of garnishment, the United States sought to garnish earnings from a property, Gaughan South LLC, which defendant Williams held a substantial nonexempt interest in.  (Doc. No. 1.)

/////

/////

1

The United States' present application (Doc. No. 18) is GRANTED. The writ of garnishment issued against defendant Williams is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10). The Clerk of the Court is directed to CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:    **February 2, 2026**                    _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE